UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EDMINDO A. ROACH,

                              Plaintiff,                       23-CV-08135 (JGLC)(SN)

              -against-                              **ORDER OF SERVICE**

NEW YORK HOUSING AUTHORITY, et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff, proceeding *pro se*, filed his complaint on September 14, 2023. A summons was issued and delivered to the U.S. Marshals Service ("USMS") on October 13, 2023. Since then, the USMS made one unsuccessful attempt to serve Defendant DC 37. To date, the USMS has not successfully effectuated service on Defendant DC 37. The Court finds that there is good cause to extend the deadline for service. Fed. R. Civ. P. 4(m). Accordingly, the Clerk of Court is directed to issue an amended summons with an expiration date of March 3, 2024, and to deliver the amended summons to the USMS. The amended summons shall include the address: DC 37, 55 Water Street, Attn: Legal Service, New York, NY 10041.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      January 4, 2024
                 New York, New York