UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                              **Plaintiff,**                      23-CV-08135 (JGLC)(SN)

           -against-                             **ORDER**

NEW YORK HOUSING AUTHORITY, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant New York City Housing Authority ("NYCHA") filed a motion to dismiss Plaintiff's complaint. NYCHA argues, pursuant to Federal Rule of Civil Procedure 12(b)(6), that Plaintiff's complaint is insufficiently specific and fails to state a claim. By February 5, 2024, Plaintiff shall either file opposition to NYCHA's motion to dismiss or file an amended complaint. If Plaintiff files opposition, NYCHA may file a reply, if any, by February 19, 2024.

       The Court recommends that Plaintiff, proceeding *pro se*, contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants for guidance with drafting either opposition or an amended complaint. NYLAG's Clinic can be reached at 212-659-6190. Additional information on the Clinic is attached. The Court also recommends that Plaintiff review the attached document titled "How to Oppose a Motion" for further guidance.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      January 5, 2024
                 New York, New York