UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                Plaintiff,                23-CV-08135 (JGLC)(SN)

     -against-                         **ORDER**

NEW YORK HOUSING AUTHORITY, et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed at today's conference, by June 24, 2024, Plaintiff shall file an amended complaint substituting Defendant DC37 for Teamsters Local 237. That amended complaint will render moot the pending motions to dismiss filed by Defendants New York City Housing Authority ("NYCHA") and DC37. The amended complaint should correct any insufficiencies identified in NYCHA's motion to dismiss and should include every factual allegation relevant to Plaintiff's claims. The amended complaint will replace, rather than supplement, Plaintiff's original complaint.

      Plaintiff should schedule an appointment with the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants for guidance with drafting his amended complaint. The Clinic can be reached at 212-659-6190. Additional information on the Clinic is attached.

      The Clerk of Court is requested to terminate the motions at ECF Nos. 13 and 23 as moot.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      April 25, 2024
                New York, New York