UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                              **Plaintiff,**

          -against-

NEW YORK HOUSING AUTHORITY, et al.,

                              **Defendants.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2024

23-CV-08135 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The deadline for Defendant New York City Housing Authority to respond to Plaintiff's amended complaint is STAYED pending the appearance of Defendant Teamsters Local 237. After Defendant Teamsters Local 237 has appeared, the Court will set a schedule for both Defendants to respond to Plaintiff's amended complaint.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 10, 2024
                New York, New York