USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                              Plaintiff,                    23-CV-08135 (JGLC)(SN)

      -against-                                      **ORDER**

NEW YORK HOUSING AUTHORITY, et al.,

                              Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has now served Defendant Teamsters Local 237 with his amended complaint. ECF No. 34. Accordingly, absent further order of the Court, Defendants Teamsters Local 237 and New York City Housing Authority shall both respond to Plaintiff's amended complaint by September 27, 2024.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      August 12, 2024
                 New York, New York