UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                              **Plaintiff,**

              -against-

**NEW YORK HOUSING AUTHORITY, et al.,**

                              **Defendants.**
-----------------------------------------------------------------X

23-CV-08135 (JGLC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024

**SARAH NETBURN, United States Magistrate Judge:**

    Defendants New York City Housing Authority and Teamsters Local 237 filed and served their motions to dismiss Plaintiff's amended complaint on September 27, 2024. ECF Nos. 36, 41. On September 30, 2024, Plaintiff was provided with an opportunity to file a second amended complaint or an opposition to Defendants' motions to dismiss by October 23, 2024. ECF No. 44. Plaintiff has filed neither. If Plaintiff does not file an amended complaint or an opposition to the motions to dismiss by November 20, 2024, the Court will consider the motions fully briefed. Plaintiff is reminded that failure to respond to Defendants' motions may result in dismissal without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 6, 2024
                New York, New York