UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                           **Plaintiff,**                    23-CV-08135 (JGLC)(SN)

      -against-                                    **ORDER**

NEW YORK HOUSING AUTHORITY, et al.,

                           **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's initial complaint attached a copy of the Equal Employment Opportunity Commission's ("EEOC") right to sue notice, dated June 21, 2023. ECF No. 1, at 8. The Court directs the parties to file a copy of the original charge that Plaintiff submitted to the EEOC by March 7, 2025.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    March 3, 2025
              New York, New York