UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                     **Plaintiff,**

       -against-

**NEW YORK HOUSING AUTHORITY, et al.,**

                     **Defendants.**
-----------------------------------------------------------------X

23-CV-08135 (JGLC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2025

**SARAH NETBURN, United States Magistrate Judge:**

      On August 22, 2025, Judge Clarke granted Plaintiff leave to file an amended complaint limited to his hostile work environment claims under Title VII, the NYSHRL, and the NYCHRL. More than thirty days have passed, and Plaintiff has not filed an amended complaint. Plaintiff is ORDERED to file an amended complaint as permitted by the Court's August 22, 2025 order no later than October 9, 2025. If Plaintiff fails to do so, the Court will deem the claim abandoned and close the case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 25, 2025
               New York, New York