UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMINDO A. ROACH,

                Plaintiff,

-against-

NEW YORK HOUSING AUTHORITY, et al.,

                Defendants.

23-CV-8135 (JGLC)(SN)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

On August 22, 2025, the Court granted Plaintiff leave to amend his complaint. ECF No. 61. On September 25, 2025, Judge Netburn informed Plaintiff that if he did not file an amended complaint by October 9, 2025, the action would be dismissed and the Court would close the case. ECF No. 62. As of today's date, Plaintiff has not responded to the August 22 or September 25 Orders, and has not otherwise indicated that he intends to pursue this action.

When a party is "given adequate notice and opportunity to amend the deficiencies in its complaint and fail[s] to do so," dismissal with prejudice is proper. *Document Techs., Inc. v. LDiscovery, LLC*, 731 F. App'x 31, 34 (2d Cir. 2018). Furthermore, "in the absence of any indication that [Plaintiff] could—or would—provide additional allegations that might lead to a different result," dismissal with prejudice is warranted. *Gallop v. Cheney*, 642 F.3d 364, 369 (2d Cir. 2011). Because the Court has not received an amended complaint nor any response from Plaintiff that he intends to amend his complaint, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order. After 30 days, Plaintiff's remaining claims are dismissed with prejudice.

To be clear, any application to reopen **must** be filed **by November 15, 2025**; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to CLOSE the case.

Dated: October 20, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge