**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                            **Plaintiff,**

            **-against-**

NEW YORK HOUSING AUTHORITY, et al.,

                           **Defendants.**
-----------------------------------------------------------------X

**23-CV-08135 (JGLC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 20, 2025, Judge Clarke granted Plaintiff's motion to reopen the case and ordered Plaintiff to file his amended complaint no later than December 11, 2025. To date, Plaintiff has not filed his amended complaint. Plaintiff is ORDERED to file an amended complaint as permitted by the Court's August 22, 2025, order no later than January 16, 2026. If Plaintiff fails to do so, the Court will deem the claim abandoned and close the case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     December 18, 2025
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2025