**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

EDMINDO A. ROACH,

                     **Plaintiff,**

        **-against-**

NEW YORK HOUSING AUTHORITY, et al.,

                   **Defendants.**
-----------------------------------------------------------------X

**23-CV-08135 (JGLC)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/6/2026

**SARAH NETBURN, United States Magistrate Judge:**

On February 3, 2026, Defendant New York Housing Authority filed a motion to dismiss Plaintiff's Second Amended Complaint. ECF No. 72. Per Local Rule 6.1, Plaintiff's response was due February 17, 2026. To date, no response has been filed.

Accordingly, by March 20, 2026, Plaintiff shall file either a response to Defendant's motion or request an extension.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 6, 2026
              New York, New York