**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

EDMINDO A. ROACH,

Plaintiffs,

-against-

NEW YORK HOUSING AUTHORITY, et al.,

Defendants.

-----------------------------------------------------------------X

23 **CIVIL** 8135 (JGLC) (SN)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2026, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Second Amended Complaint is DISMISSED with prejudice.

In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**